**Freddie WYLE, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 52475.**

Missouri Court of Appeals, Western District.

Aug. 20, 1996.

James C. Cox, Asst. Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jill C. LaHue, Asst. Atty. Gen., Jefferson City, for respondent.

Before HANNA, P.J., and SMART and EDWIN H. SMITH, JJ.

*ORDER*

PER CURIAM:

Freddie Wyle's appeal of the denial of his Rule 24.035 motion for postconviction relief is ruled against him as without merit.

The judgment is affirmed.

A memorandum of the reason for the decision has been furnished to the parties. The

decision is without precedential value. Rule 84.16(b).